UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO. 4:26-CV-00663-GNS

LUZ VARGAS ENRIQUEZ PETITIONER

v.

JASON WOOSLEY, Jailer of the Grayson County Jail;
SAMUEL OLSON, Director of Chicago Field Office,
U.S. Immigration and Customs Enforcement;
MARKWAYNE MULLIN, Secretary of the
U.S. Department of Homeland Security; and
TODD BLANCHE, Attorney General of the
United States RESPONDENTS

# ORDER

On October 20, 2026, the Court directed Respondents to show cause why the Petition for Writ of Habeas Corpus should not be granted by filing a response by October 23, 2026. (Show Cause Order 2, DN 5). While Respondents moved to reassign the case to Judge Stivers, they did not file a response.

Accordingly, **IT IS HEREBY ORDERED** that Respondents shall file a response to the Petition on or before **November 6, 2026**. Any reply shall be due by **November 12, 2026**.

**Greg N. Stivers, Judge**
**United States District Court**
October 30, 2026

cc: counsel of record